CRIMINAL COURTROOM MINUTE SHEET
INITIAL APPEARANCE AFTER CRIMINAL COMPLAINT / INFORMATION

**DATE:** Oct 8, 2024     **CASE:** M-24-760-SM

**TIME IN COURT:** 29 mins.     **COURTROOM:** 401
Start: 4:30 p.m.  End: 4:59 p.m.
**MAGISTRATE JUDGE SUZANNE MITCHELL**     **COURTROOM DEPUTY LESA BOLES**

## UNITED STATES OF AMERICA vs. Nasir Ahmad Tawhedi

Defendant States true and correct name as: same     **AGE:** 27

**Government Cnsl:** Matt Dillon     **Defendant Cnsl:** Craig Hoehns

**U.S. Probation Officer:** Candice Jones     Court appointed

☒ Defendant Appears, custody of U.S. Marshal with Counsel     **Interpreter:** Jawaid Samadey

☒ Defendant advised of his / her right of consular notification, U.S. Attorney to Notify.

☒ Defendant informed of his / her right to retain counsel or to request that counsel be appointed if he / she cannot afford to obtain counsel.

☒ Defendant informed that he/she is not required to make a statement and that any statement made by him/her may be used against him/her.

☐ Court inquires of Government regarding notification of victim(s) under Justice for All Act.

☐ Government recommends defendant be released on _____

☒ Government recommends defendant be detained based on Risk of Flight and Danger to the Community

☐ Government _____
     ☐ Upon motion of the Government and request for continuance by _____
     ☐ Detention Hearing is set for _____

☐ Defendant waives/reserves right to detention hearing. Waiver/Reservation of detention hearing and consent to Order of Detention pending further proceeding entered. Order of Detention entered.

☐ Defendant requests the detention hearing be postponed at this time reserving the right to request a hearing at a later date should defendant's circumstances change.

☐ Defendant informed of his / her right to a preliminary hearing.
     ☐ Preliminary hearing waived. Written waiver entered.
     ☐ Preliminary hearing set for _____
     ☒ Preliminary and detention hearing set for Thursday, October 17, 2024, at 9:00 a.m.

## The Court Orders:

☒ **FRCrP5(f) REMINDER:** As required by Rule 5(f), the Court reminds the United States of it disclosure obligation under *Brady v. Maryland,* 373 U.S. 83 (1963), and its progeny. Possible consequences for a violation of this obligation may include, but are not limited to, exclusion of evidence at trial, a finding of contempt, granting a continuance, or dismissal of the charges with prejudice.

☒ Defendant temporarily detained pending detention hearing. Written Order entered. Defendant remanded to custody of U.S. Marshal.

☐ Defendant released on previously posted bond with conditions per Release Order.

☐ Unsecured Bond set at _____ with conditions per Release Order.

☐ Secured Bond set at _____ with conditions per Release Order as the Court finds that the release of the Defendant on a personal recognizance bond or unsecured appearance bond would not reasonably assure his / her appearance in court and the safety of the community.

☐ Defendant remanded to the custody of U.S. Marshal pending execution of bond.

☐ Defendant remanded to the custody of U.S. Marshal.