# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>vs.<br><br>**NASIR AHMAD TAWHEDI** | **NOTICE OF HEARING**<br><br><br>**CASE NO. M-24-760-SM** |

**IN CUSTODY:** USMS #

**Interpreter:** Dari

TYPE OF CASE:

☐ **CIVIL**    ☒ **CRIMINAL**

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE: | ROOM NO.: |
|---|---|
| William J. Holloway Jr. United States Courthouse<br>200 N.W. 4th Street<br>Oklahoma City, OK  73102 | **Courtroom No. 304** |
| | DATE AND TIME:<br>**Thursday, October 17, 2024, at 9:00 a.m.** |

TYPE OF PROCEEDING:

**PRELIMINARY / DETENTION**

**TAKE NOTICE** that a proceeding in this case has been *rescheduled* as set forth below:

| PLACE: | DATE AND TIME PREVIOUSLY SCHEDULED: | RESCHEDULED DATE AND TIME: |
|---|---|---|
| William J. Holloway Jr. United States Courthouse 200 N.W. 4th Street Oklahoma City, OK  73102 | | |

**SUZANNE MITCHELL**

U.S. MAGISTRATE JUDGE

**October 9, 2024**

Date

**s/Lesa Boles**

(By) Deputy Clerk