# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | |
|                                  ) | |
|     Plaintiff,                  ) | |
|                                  ) | |
| -vs-                             ) | No. M-24-760-SM |
|                                  ) | |
| NASIR AHMAD TAWHEDI,             ) | |
|   a/k/a "@Abu_Omir"               ) | |
|                                  ) | |
|     Defendant.                  ) | |

## NOTICE OF CONSULAR NOTIFICATION

COMES NOW the plaintiff, United States of America, by Robert J. Troester, United States Attorney for the Western District of Oklahoma, through Matt Dillon, Assistant United States Attorney, and files this Notice that the plaintiff notified the Consulate of Afghanistan on October 9, 2024, by email that the defendant, a national of Afghanistan, had been arrested/detained and the procedure for consular access to defendant.

Respectfully submitted,

ROBERT J. TROESTER
United States Attorney

s/MATT DILLON
Assistant U.S. Attorney
Bar Number:   19321
210 Park Avenue, Suite 400
Oklahoma City, Oklahoma 73102
(405) 553-8700 (Office)
(405) 553-8888 (Fax)
Matthew.Dillon@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 9, 2024, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant(s):   Craig M. Hoehns.

      s/MATT DILLON
      Assistant U.S. Attorney